Darline Veillard
2149 Keller Pl W
Grove City, OH 43123

vs

Fedex Ground
6120 S Meadows Dr.
Grove City, OH 43123

COL71(50375)10202022
22A-2023-00761

Complaint:

I'm filing a lawsuit against FedEx Ground for violating Ohio revised Code 4112. I was original hired for Fedex in January 2022, I couldn't stay for my orientation due to my pregnancy sickness; I was told to come back when I felt better. I returned after I gave birth on May, 10th 2022, lasted a week and felt terrible again, told by HR department, I had been approved for a two week Parental Leave. After one week I was fired, this led me to be severely depressed (PPD), in a bad place mentally and financially, knowing I can't provide for 1 month year old daughter. It took me, 4 months to get the final answer, on why I was let go. They told me job abandonment is the reason, while I was on Parental Leave. It's 7 months in counting, of me being focused on undoing the hardship I faced, this year.

Respectfully Submitted,

**EXHIBIT A**