AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

DARLINE VEILLARD,　　　　　)
　　　*Plaintiff*　　　　　　　　　　)
　　　　　v.　　　　　　　　　　　)　　Civil Action No.　2:23-cv-768
FEDEX GROUND PACKAGE SYSTEM, INC.　)
　　　*Defendant*　　　　　　　　　　)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ **other:** Pursuant to the Order filed 7/18/2024 - The Court REMANDS this case to the Franklin County Court of Common Pleas.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:　07/18/2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk